CLERK'S OFFICE OF THE
**DISTRICT COURT OF THE UNITED STATES**
SOUTHERN DISTRICT OF OHIO
200 WEST SECOND ST., RM. 712
DAYTON, OHIO 45402

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

COLUMBUS OH 430
24 JAN 2024 PM 11

US POSTAGE IMI PITNEY BOWES
ZIP 45402 $ 000.64⁰
02 4W
0000343827 JAN. 24. 2024

Mahmoud Wahdan
1810 E. Third St
Dayton, Oh 45403

-R-T-S- 454035314-1N 02/03/24

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

FILED
RICHARD W. NAGEL
2024 FEB 12 PM 12: 37
SOUTHERN DIST OHIO
WESTERN DIV DAYTON

3:23 cv 294
RT mail
DN 12

Mahmoud Wahdan
1810 E. Third St
Dayton, Oh 45403

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

In re: GS Holistic, LLC, Cases,

Plaintiff, : Case Nos. Various

District Judge Walter H. Rice
Magistrate Judge Michael R. Merz

---

# SUPPLEMENTAL ORDER OF REFERENCE

---

On December 19, 2023, Chief Judge Marbley in a series of Orders re-assigned all the then-pending cases in which GS Holistic, LLC, is the Plaintiff to the undersigned District Judge and transferred the Magistrate Judge reference in those cases to recalled Magistrate Judge Michael R. Merz. Each such Order provided "The attached cases are hereby reassigned to the docket of the Honorable Walter H. Rice and the referral reassigned to Magistrate Judge Michael R. Merz." (See, e.g., Case No. 3:23-cv-00292 ECF No. 8.)

The Court finds it expedient to supplement the Chief Judge's Order as follows:

The assigned Magistrate Judge is authorized to perform in each referred case any and all functions authorized for full-time United States Magistrate Judges by statute, except that the preliminary pretrial conference/scheduling conference provided for in Fed.R.Civ.P. 16 will be scheduled and conducted by the undersigned who will also issue the scheduling order required by Fed.R.Civ.P. 16(b)(2).

Absent a specific order of reference in a particular case, which the District Judge in his discretion may enter, the following matters are excluded from these referrals:

1. Motions for temporary restraining order and preliminary injunction;

2. Motions to dismiss or for judgment on the pleadings under Fed. R. Civ. P. 12;

3. Motions to remand removed cases to state court should any future case in which GS Holistic, LLC, is a plaintiff be removed to this Court;

4. Motions for class certification;

5. Motions for summary judgment;

6. Any other matter hereafter classified as dispositive by the United States Court of Appeals for the Sixth Circuit; and

7. Motions *in limine* relating to the admission of evidence at trial;

The Magistrate Judge reference shall terminate on the discovery deadline set in the Preliminary Pretrial Conference Order. This Order does not limit the authority of the District Judge to withdraw a Magistrate Judge reference.

In order to make certain that progress towards disposition of the captioned cause does not become "gridlocked" by discovery disputes, this Court invites counsel of record, should such a discovery dispute arise, prior to the discovery cut-off deadline, and, further, should the parties have exhausted all extra-judicial means of resolving same, to contact the Magistrate Judge's office, in order to advise the Magistrate Judge's Courtroom Deputy of the need for a discovery conference. The Magistrate Judge will then convene a discovery conference in the hope of resolving the impasse without the necessity of filing motions to compel, motions for protective order, etc.

January 22, 2024
~~December~~ ___, ~~2023~~.

Walter H. Rice
United States District Judge