**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| **GS HOLISTIC, LLC** | : | **CASE NO. 3:23-cv-00294** **(District Judge Walter H. Rice)** |
| **Plaintiff,** | : | **(Magistrate Judge Michael R. Merz)** |
| **v.** | : | **AFFIDAVIT OF FREDRIC L. YOUNG, ESQUIRE IN RESPONSE TO NOTICE** |
| **MW & SONS, INC., et al.** | : | **OF STATUS [DOC. #40]** |
| **Defendants.** | : | |

STATE OF OHIO )
) SS:
COUNTY OF MONTGOMERY )

Affiant, Fredric L. Young, deposes and states the following as based upon his own personal knowledge and belief.

1. I am counsel, with D. Alexander Niswonger, for Defendants in the above-captioned matter.

2. Since making our appearance on behalf of Defendants in this case, in addition to addressing motions which were pending at that time, we have undertaken efforts to communicate with counsel for Plaintiff regarding settlement that might resolve the claims in this case.

3. My client is a very small business and has limited funds to engage in settlement negotiations; the monetary amounts available for settlement are also dependent on the defense costs it is required to incur.

4. We have had conversations with counsel of record, John Ridge, which included the presentation of a settlement offer early in the case that was intended to resolve not only the claims in the above-captioned matter, but also in a second case involving a companion company, *GS Holistic, LLC v. PQR Enterprise Inc., et al.*, Case No. 3:23-cv-00317 ("Companion Case").

5. Mr. Ridge communicated to us early in our involvement in the case that he did not anticipate remaining as counsel for Plaintiff, but indicated that he would communicate the offer to outside corporate counsel, David Perry.

6. In September and October 2025, my associate, D. Alexander Niswonger and I, communicated with Mr. Perry regarding settlement negotiations. He referred us to in-house general counsel, Eddy Leal, for further settlement negotiations.

7. We attempted to coordinate a settlement conference in October 2025, but that could not be accomplished before the extended deadline for responding to the pending motions in this case.

8. Settlement negotiations were discussed further in November and December of this year, which again resulted in us making an offer on behalf of Defendants to resolve this case and the Companion Case.

9. Specifically, on December 4, 2025, my associate, D. Alexander Niswonger, and I, had a settlement conference with in-house counsel, Eddy Leal, since Mr. Ridge indicated that settlement communications should be had with attorney Leal.

10. That settlement conference involved discussions of a counter-demand by Plaintiff and our existing offer. While our offer has not increased since that time, we certainly engaged in a settlement conference despite the assertions of Plaintiff that none has occurred in its Notice of Status presented to this Court on December 18, 2025.

Further affiant sayeth naught.

FREDRIC L. YOUNG

Sworn to and subscribed before me this 2nd day of January, 2026.

Michelle K. Edwards

NOTARY PUBLIC

NOTARIAL SEAL
STATE OF OHIO

MICHELLE K EDWARDS
Notary Public - State of Ohio
Commission Expires Sep. 14, 2028

Respectfully submitted,

/s/ FREDRIC L. YOUNG
FREDRIC L. YOUNG (0059544)
D. ALEXANDER NISWONGER (0104874)
Attorneys for Defendants
Green & Green, Lawyers
800 Performance Place
109 North Main Street
Dayton, Ohio 45402-1290
Tel. 937.224.3333
Fax 937.224.4311
flyoung@green-law.com
daniswonger@green-law.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been filed electronically through the Court's electronic filing system on the time-stamped date. Notice was sent to all parties by operation of the Court's electronic system. Parties may access this filing through said system.

/s/ FREDRIC L. YOUNG
FREDRIC L. YOUNG