**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

GS HOLISTIC, LLC,

Plaintiff,

vs.

CRYSTALS UP IN SMOKE INC. d/b/a
Up in Smoke, et al.,

Defendants.
/

Case Nos. 1:23-cv-627
1:23-cv-634
1:23-cv-635
1:23-cv-636
1:23-cv-638
1:23-cv-639
1:23-cv-641
1:23-cv-648
1:23-cv-671
1:23-cv-672
1:23-cv-673
1:23-cv-674
1:23-cv-677
1:23-cv-748
1:24-cv-451
1:24-cv-553
1:25-cv-163
2:23-cv-3231
2:23-cv-3234
2:23-cv-3472
2:23-cv-3578
2:23-cv-3601
2:23-cv-3604
2:23-cv-3606
2:23-cv-3760
2:23-cv-3761
2:23-cv-3762
2:23-cv- 3782
2:23-cv-3786
2:23-cv-3811
2:23-cv-3928
2:23-cv-3931
3:23-cv-294
3:23-cv-307
3:23-cv-317
3:23-cv-323
3:23-cv-324
3:23-cv-325
3:23-cv-328
3:23-cv-336
3:23-cv-350
3:23-cv-351

Judge Walter H. Rice
Magistrate Judge Michael R. Merz

**STATUS REPORT**

Pursuant to this Court's December 10, 2025, Order, Plaintiff, by and through undersigned counsel, submits the attached Status Report in compliance with the Court's directive to identify the outstanding cases and their statuses.

Respectfully submitted,

/s/ John Ridge, Esq.
John Ridge, Esq.
OH Bar No. 0086046
Ridge Law, LLC
3136 Kingsdale Center #119
Upper Arlington, Ohio 43221
jridge@ridge-law.com
Serv609@LegalBrains.com
Telephone: 561-232-2222
*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this January 5, 2025, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF and it was sent electronically to all NEF registered parties.

/s/ John Ridge, Esq.
John Ridge, Esq.
OH Bar No. 0086046
Ridge Law, LLC
3136 Kingsdale Center #119
Upper Arlington, Ohio 43221
jridge@ridge-law.com
Serv609@LegalBrains.com
Telephone: 561-232-2222
*Attorney for the Plaintiff*

| Case Number | Defendant | Status Report |
|---|---|---|
| 1:23-cv-627 | Crystals Up In Smoke Inc., et al. | Defendants are DEFENDANTS CRYSTALS UP IN SMOKE, INC., D/B/A UP IN SMOKE, AND KHALIL YACUB. Defendants filed an Answer (DE 16). This Court granted Plaintiff's motion for summary judgment ON THE ISSUE OF THE VALIDITY AND OWNERSHIP OF TRADEMARK. The issue of liability and damages are the only issues that remain to be adjudicated. |
| 1:23-cv-634 | HQ VAPES AND TOBACCO LLC, et al. | Defendants are HQ VAPES AND TOBACCO LLC, d/b/a HQ VAPES AND SMOKESHOP and Elhaitham Ibrahim. Only Defendant Ibrahim filed an Answer (DE 8). This Court granted Plaintiff's motion for summary judgment ON THE ISSUE OF THE VALIDITY AND OWNERSHIP OF TRADEMARK. The issue of liability and damages are the only issues that remain to be adjudicated as to Defendant Ibrahim. The Clerk of Court should enter a default against Defendant HG Vapes per this Court's Order. |
| 1:23-cv-635 | JACOUB JABRA INC., et al. | Defendants are JACOUB JABRA INC., d/b/a JOKER SMOKE SHOP, AND FAYEZ JAGHAMA. Defendants filed an Answer (DE 19). This Court granted Plaintiff's motion for summary judgment ON THE ISSUE OF THE VALIDITY AND OWNERSHIP OF TRADEMARK. The issue of liability and damages are the only issues that remain to be adjudicated. |
| 1:23-cv-636 | Yummie 2 Yummie, LLC, et al. | Defendants are YUMMIE 2 YUMMIE, LLC and Hatim Saleh. Defendants have filed an Answer (DE 17). This Court granted Plaintiff's motion for summary judgment ON THE ISSUE OF THE VALIDITY AND OWNERSHIP OF TRADEMARK. The issue of liability and damages are the only issues that remain to be adjudicated. |
| 1:23-cv-638 | LEBANON SMOKES AND THINGS INC., et al. | Defendants are LEBANON SMOKES AND THINGS, INC., d/b/a LEBANON SMOKE SHOP, AND YVONNE CHEUNG. Defendants filed an Answer (DE 7). This Court granted Plaintiff's motion for summary judgment ON THE ISSUE OF THE VALIDITY AND OWNERSHIP OF TRADEMARK. The issue of liability and damages are the only issues that remain to be adjudicated. |
| 1:23-cv-639 | HY SMOKES INC., et al. | Defendants are HY SMOKES, INC., d/b/a MIAMISBURG SMOKE SHOP, AND YVONNE CHEUNG. Defendants filed an Answer (DE 6). This Court granted Plaintiff's motion for summary judgment ON THE ISSUE OF THE VALIDITY AND OWNERSHIP OF TRADEMARK. The issue of liability and damages are the only issues that remain to be adjudicated. |

| | | |
|---|---|---|
| 1:23-cv-641 | Stars Wireless and Smoke LLC, et al. | Defendants are Mahmoud Alili, Stars Wireless and Smoke LLC. Plaintiff's motion for default judgment (DE 29) and Defendant Alili's motion to set aside default (DE 31) remain pending. |
| 1:23-cv-648 | Northland 356 Inc., et al. | Defendants are NORTHLAND 356 INC., d/b/a ZIPS TOBACCO, AND HATIM SALEH. Defendants filed an Answer (DE 17). This Court granted Plaintiff's motion for summary judgment ON THE ISSUE OF THE VALIDITY AND OWNERSHIP OF TRADEMARK. The issue of liability and damages are the only issues that remain to be adjudicated. |
| 1:23-cv-671 | Mr. Phone & Smoke LLC et al | Defendants are Mr Phone & Smoke LLC, Mostafa Shabib. Defendant Mr. Phone and Smoke Shop filed an Answer (DE 32). This Court granted Plaintiff's motion for summary judgment ON THE ISSUE OF THE VALIDITY AND OWNERSHIP OF TRADEMARK. The issue of liability and damages are the only issues that remain to be adjudicated. However, the affidavit filed probably waives the liability challenge (DE 25). Defendant Shabib has not Answered the Complaint. |
| 1:23-cv-672 | Mr. Vapor Kemper LLC et al | Defendants are Mr Vapor Kemper LLC, Odai Shabeeb. Defendant Mr. Vapor filed an Answer (DE 30). This Court granted Plaintiff's motion for summary judgment ON THE ISSUE OF THE VALIDITY AND OWNERSHIP OF TRADEMARK. The issue of liability and damages are the only issues that remain to be adjudicated. However, the affidavit filed probably waives the liability challenge (DE 23). Defendant Shabeeb has not Answered the Complaint. |
| 1:23-cv-673 | Mr. Vapor Hamilton LLC et al | Defendants are Mr Vapor Hamilton LLC, Mostafa Shabib. Defendant Mr. Vapor filed an Answer (DE 32). This Court granted Plaintiff's motion for summary judgment ON THE ISSUE OF THE VALIDITY AND OWNERSHIP OF TRADEMARK. The issue of liability and damages are the only issues that remain to be adjudicated. However, the affidavit filed probably waives the liability challenge (DE 25). Defendant Shabib has not Answered the Complaint. |
| 1:23-cv-674 | Mr. Vapor Mason LLC et al | Defendants are Mr Vapor Mason LLC, Odai Shabeeb. Defendant Mr. Vapor filed an Answer (DE 32). This Court granted Plaintiff's motion for summary judgment ON THE ISSUE OF THE VALIDITY AND OWNERSHIP OF TRADEMARK. The issue of liability and damages are the only issues that remain to be adjudicated. However, the affidavit filed probably waives the liability challenge (DE 25). Defendant Alshafee has not Answered the Complaint. |
| 1:23-cv-677 | Mr. Vapor Smoke Shop LLC et al | Defendants are Hassan Alshafee, Mr Vapor Smoke Shop LLC. Defendant Mr. Vapor filed an Answer (DE 34). This Court granted Plaintiff's motion for summary judgment ON THE ISSUE OF THE VALIDITY AND OWNERSHIP OF TRADEMARK. The issue of liability and damages are the only issues that remain to be adjudicated. However, the affidavit filed probably waives the liability challenge (DE 29). Defendant Shabeeb has not Answered the Complaint. |
| 1:23-cv-748 | Wireless & Smoke LLC, et al. | Defendants are DEFENDANTS WIRELESS & SMOKE LLC, d/b/a ZAZA WIRELESS & SMOKE, AND MOHAMMAD FARHAN. Defendants filed an Amended Answer (DE 19). This Court granted Plaintiff's motion for summary judgment ON THE ISSUE OF THE VALIDITY AND OWNERSHIP OF TRADEMARK (DE 49). The issue of liability and damages are the only issues that remain to be adjudicated. |

| | | |
|---|---|---|
| 1:24-cv-451 | Smoke N Save LLC et al | Defendants are SMOKE N SAVE LLC, d/b/a SMOKE N SHOP, AND MICHAEL ADAMS. Defendants filed an Amended Answer (DE 5). This Court granted Plaintiff's motion for summary judgment ON THE ISSUE OF THE VALIDITY AND OWNERSHIP OF TRADEMARK (DE 25). The issue of liability and damages are the only issues that remain to be adjudicated. |
| 1:24-cv-553 | MIT VED LLC d/b/a ROOSEVELT SMOKE & VAPE, et al. | Defendants are MIT VED LLC d/b/a Roosevelt Smoke & Vape and Mit Patel. Clerk default has been entered (DE 51). MOTION for Default Judgment against Defendants remains pending for adjudication. |
| 1:25-cv-163 | VIP Smoke Shops | Defendants are Khaled Abdulqader, Aurora Retail Inc, Bellbrook Retail Inc, Cold Spring Martha Retail Inc, Dixie Retail Inc, Englewood Retail Inc, Enon Retail Inc, Fairborn Discounts Inc, Fiesta Discounts Inc, Fishers In Discounts Inc, Geist Retail Inc, Hartland Lex Retail Discount Inc, Huber Heights Retail Inc, Independence Retail Inc, Lakota 2 Retail Inc, Lakota Retail Inc, Landen Discounts Inc, Lebanon Discounts Inc, Liberty Point Discount Inc, Norwood 4411 Inc, Oakwood Discounts Inc, Ridge Retail Discount Inc, Bilal Sharaydeh, Wael Sharaydeh, Ismail Sharida, Springboro Discounts Inc, Springfield Retail Inc, Walton Discount Inc, Xenia Discounts Inc. Defendants filed an Answer (DE 8 and DE 43). |
| 2:23-cv-3234 | LAYLAS HOOKAH LOUNGE LLC et al | Defendants are ABDALLA AZZAM, LAYLAS HOOKAH LOUNGE LLC. Defendants filed an Answer (DE 12). This Court granted Plaintiff's motion for summary judgment ON THE ISSUE OF THE VALIDITY AND OWNERSHIP OF TRADEMARK (DE 43). The issue of liability and damages are the only issues that remain to be adjudicated. |
| 2:23-cv-3578 | Goodfellas Smoke Shop LLC et al | Defendants are Abdullah Arman, Abdalla Azzam, & Goodfellas Smoke Shop LLC. Defendants filed an Answer (DE 13). This Court granted Plaintiff's motion for summary judgment ON THE ISSUE OF THE VALIDITY AND OWNERSHIP OF TRADEMARK (DE 44). The issue of liability and damages are the only issues that remain to be adjudicated. |
| 2:23-cv-3601 | Best Budz Smoke Shop LLC et al | Defendants are Azzam Abdalla, Abdullah Arman, and Best Budz Smoke Shop LLC.Defendants filed an Answer (DE 19). This Court granted Plaintiff's motion for summary judgment ON THE ISSUE OF THE VALIDITY AND OWNERSHIP OF TRADEMARK (DE 48). The issue of liability and damages are the only issues that remain to be adjudicated. |
| 2:23-cv-3604 | Canal Smoke & Vape Inc., et al. | Defendants are Yaser Almahmoud, Canal Smoke & Vape Inc. Defendants filed an Amended Answer (DE 8). This Court granted Plaintiff's motion for summary judgment ON THE ISSUE OF THE VALIDITY AND OWNERSHIP OF TRADEMARK (DE 21). The issue of liability and damages are the only issues that remain to be adjudicated. |
| 2:23-cv-3606 | Smoke Shop Cigar & Vape Inc. et al | Defendants are SMOKE SHOP CIGAR & VAPE INC., d/b/a SMOKE SHOP CIGAR & VAPE, AND ALA ALGHAZAUEI. Defendants filed an Answer (DE 23). This Court granted Plaintiff's motion for summary judgment ON THE ISSUE OF THE VALIDITY AND OWNERSHIP OF TRADEMARK (DE 29). The issue of liability and damages are the only issues that remain to be adjudicated. |
| 2:23-cv-3760 | Dublin Smoky Row Inc., et al. | Defendants are DUBLIN SMOKY ROW INC., d/b/a DUBLIN SMOKE SHOP, AND QASIMF QABIE. Defendants filed an Answer (DE 21). This Court granted Plaintiff's motion for summary judgment ON THE ISSUE OF THE VALIDITY AND OWNERSHIP OF TRADEMARK (DE 27). The issue of liability and damages are the only issues that remain to be adjudicated. |
| 2:23-cv-3761 | GC Smoke Shop LLC et al | Plaintiff's Motion for Default Judgment against Husam Mouse (DE 39) remains outstanding for adjudication. |

| | | |
|---|---|---|
| 2:23-cv-3782 | Smoker Zone LLC et al | Defendants are SMOKER ZONE LLC, d/b/a SMOKERS ZONE, TARIQ YOUSEF, ABDERRHAIM AHZAOU, AND YOUZEF ALHEJAZIN. Defendants filed an Answer (DE 4). This Court granted Plaintiff's motion for summary judgment ON THE ISSUE OF THE VALIDITY AND OWNERSHIP OF TRADEMARK (DE 18). The issue of liability and damages are the only issues that remain to be adjudicated. |
| 2:23-cv-3786 | A One Smoke Shop LLC et al | Defedants are A ONE SMOKE SHOP LLC, d/b/a A ONE SMOKE SHOP, AND QUSAI ALTHENAT. Defendants filed an Answer (DE 21). This Court granted Plaintiff's motion for summary judgment ON THE ISSUE OF THE VALIDITY AND OWNERSHIP OF TRADEMARK (DE 27). The issue of liability and damages are the only issues that remain to be adjudicated. |
| 2:23-cv-3811 | House of Cigar South Inc., et al. | Defendants are HOUSE OF CIGAR SOUTH INC., d/b/a HOUSE OF CIGAR, AND DIAB ELLAN. This Court granted Plaintiff's motion for summary judgment ON THE ISSUE OF THE VALIDITY AND OWNERSHIP OF TRADEMARK (DE 65). Defendants have not Answered the Complaint. Per this Court's Order (DE 65), Defendants failure to Answer Complaint will result in the Complaint being deemed conclusively admitted against them. |
| 2:23-cv-3928 | Smokers House Inc. et al | Defendants are SMOKERS DISCOUNT INC., d/b/a TOBACCO DISCOUNTER, AHMED T. YOUSEF, AND ABDEL SAYYED. Defendants filed an Answer (DE 7). This Court granted Plaintiff's motion for summary judgment ON THE ISSUE OF THE VALIDITY AND OWNERSHIP OF TRADEMARK (DE 19). |
| 2:23-cv-3931 | TK Hamilton Inc., et al. | Defendants are Nasser Nasser, Saleh Salim & TK Hamilton INC. Defendant TK Hamilton filed an Answer (DE 38); Defendant TK Hamilton and Saleh Salim filed ANSWER to Amended Complaint (DE 40) and included COUNTERCLAIM (DE 64). This Court granted Plaintiff's motion for summary judgment ON THE ISSUE OF THE VALIDITY AND OWNERSHIP OF TRADEMARK (DE 71). This Court also dismmised Defendants' Counterclaim (DE 72). The issue of liability and damages are the only issues that remain to be adjudicated. |
| 3:23-cv-294 | M.W. & SONS, INC d/b/a Eliaa Smoke Shop, et al. | Defedants are DEFENDANTS M&W, MAHMOUD WAHDAN, MANEER WAHDAN, AND MONEER WAHDAN. Defendant Mahmoud Wahdan & Moneer Wahdan filed an Answer (DE 11). Defendant Mahmoud. W. & Sons filed an Answer (DE 37). This Court granted Plaintiff's motion for summary judgment ON THE ISSUE OF THE VALIDITY AND OWNERSHIP OF TRADEMARK (DE 35). |
| 3:23-cv-317 | PQR Enterprise Inc. d/b/a Riverside Smoke & Vape | Defendants are PQR Enterprise Inc., dba Riverside Smoke and Vape and Mahmoud Wahdan. Defendant Mahmoud Wahdan filed an Answer (DE 6). Defendant PQR Enterprise Inc., dba Riverside Smok filed an Answer (DE 34).This Court granted Plaintiff's motion for summary judgment ON THE ISSUE OF THE VALIDITY AND OWNERSHIP OF TRADEMARK (DE 32). |

| | | |
|---|---|---|
| 3:23-cv-307 | A & M Smoke Shop | Defendants are A&M SMOKE SHOP CORP., d/b/a MIAMISBURG SMOKE SHOP, FAHD ABOU NASER, AND GEORGE ABOU NASER. Defendants filed an Amended Answer (DE 8). This Court granted Plaintiff's motion for summary judgment ON THE ISSUE OF THE VALIDITY AND OWNERSHIP OF TRADEMARK (DE 30). The issue of liability and damages are the only issues that remain to be adjudicated. |
| 3:23-cv-324 | Fairborn I Smoke, LLC et al | Defendants are Fairborn I Smoke, LLC, and Ribhy Ihrabi. Defendants filed an Answer (DE 5). This Court granted Plaintiff's motion for summary judgment ON THE ISSUE OF THE VALIDITY AND OWNERSHIP OF TRADEMARK (DE 31). The issue of liability and damages are the only issues that remain to be adjudicated. |
| 3:23-cv-325 | Krazy Daze LLC et al | Defedants are KRAZY DAZE, INC., d/b/a KRAZY DAZE, AND MELISSA COREY. Defendants filed an Amened Answer (DE 40). Parties need to prepare 26f report. |
| 3:23-cv-328 | Springboro Vape & Smoke Shop LLC et al | Defendants are Lou Afana, and Springboro Vape & Smoke Shop LLC. Defendants filed an Answer (DE 4). This Court granted Plaintiff's motion for summary judgment ON THE ISSUE OF THE VALIDITY AND OWNERSHIP OF TRADEMARK (DE 26). The issue of liability and damages are the only issues that remain to be adjudicated. |
| 3:23-cv-336 | Dixie Smoke Shop LLC et al | Defendants are Dixie Smoke Shop LLC, Mohammad Tayeh. Defendants filed an Answer (DE 4). This Court granted Plaintiff's motion for summary judgment ON THE ISSUE OF THE VALIDITY AND OWNERSHIP OF TRADEMARK (DE 26). The issue of liability and damages are the only issues that remain to be adjudicated. |
| 3:23-cv-350 | East Main Connection LLC, et al. | Defendants are EAST MAIN CONNECTION LLC, d/b/a EAST MAIN CONNECTION, AND FADEL QENDAH. Per this Court's Order (DE 65), Plaintiff is attempting to re-serve the Qendah Defendants and/or obtain executed waivers of process from defense counsel. Counsel is waiting to receive a copy of the prepared service of process and sent to defense counsel. |
| 3:23-cv-351 | Q S Jordan Discount Inc. et al | Defendants are QS JORDAN DISCOUNT INC., d/b/a SHOOTING STARS SMOKE SHOP, AND QUSAI ALTHENAT. Defendants filed an Answer (DE 16). This Court granted Plaintiff's motion for summary judgment ON THE ISSUE OF THE VALIDITY AND OWNERSHIP OF TRADEMARK (DE 19). |