**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

Case No. 3:23-cv-00294-MJN-PBS

GS HOLISTIC, LLC,

Plaintiff,

vs.

M&W SONS, INC., et al.,

Defendants.
______________________________________ /

**NOTICE OF STATUS**

Plaintiff, by and through undersigned counsel, files this Notice of Status and states as follows:

1. Counsel attempted to communicate with counsel for defense and provided a copy of a proposed 26f report for his/her review. As of the date of this status report, counsel has not heard from defense counsel and therefore is unable to provide a joint 26f report in accordance with the court's previous instructions.

Respectfully submitted,

/s/ John Ridge, Esq.
John Ridge, Esq.
OH Bar No. 0086046
Ridge Law, LLC
3136 Kingsdale Center #119
Upper Arlington, Ohio 43221
jridge@ridge-law.com
Serv609@LegalBrains.com
Telephone: 614-561-7541
*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this January 23, 2026, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF and it was sent electronically to all NEF registered parties.

/s/ John Ridge, Esq.
John Ridge, Esq.
OH Bar No. 0086046
Ridge Law, LLC
3136 Kingsdale Center #119
Upper Arlington, Ohio 43221
jridge@ridge-law.com
Serv609@LegalBrains.com
Telephone: 614-561-7541
*Attorney for the Plaintiff*