**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

Case No. 3:23-cv-00294-MJN-PBS

GS HOLISTIC, LLC,

Plaintiff,

vs.

M&W SONS, INC., et al.,

Defendants.
_______________________________________ /

# NOTICE OF WITHDRAW OF STATUS REPORT FILED BY PLAINTIFF GS HOLISTIC IN DOC. 45

Plaintiff, by and through undersigned counsel, files this Notice of Status and states as follows: The Status Report filed in Document Number 45 was erroneous and/or premature and does not reflect the current status of this case. Therefore, Document Number 45 is **WITHDRAWN.**

Respectfully submitted,

/s/ John Ridge, Esq.
John Ridge, Esq.
OH Bar No. 0086046
Ridge Law, LLC
3136 Kingsdale Center #119
Upper Arlington, Ohio 43221
jridge@ridge-law.com
Serv609@LegalBrains.com
Telephone: 614-561-7541
*Attorney for the Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this January 23, 2026, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF and it was sent electronically to all NEF registered parties.

/s/ John Ridge, Esq.
John Ridge, Esq.
OH Bar No. 0086046
Ridge Law, LLC
3136 Kingsdale Center #119
Upper Arlington, Ohio 43221
jridge@ridge-law.com
Serv609@LegalBrains.com
Telephone: 614-561-7541
*Attorney for the Plaintiff*