**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| **GS HOLISTIC, LLC** | : | **CASE NO. 3:23-cv-00294** |
| | | **(District Judge Walter H. Rice)** |
| **Plaintiff,** | : | **(Magistrate Judge Michael R. Merz)** |
| **v.** | : | |
| **MW & SONS, INC., et al.** | : | **NOTICE OF NON-CONSENT TO MAGISTRATE JUDGE OF JURISDICTION FOR TRIAL** |
| **Defendants.** | : | |
| | : | |

Pursuant to the Court's February 6, 2026, Order, Defendants, MW & Sons, Inc., Mahmoud Wahdan, and Moneer Wahdan, inform this Court that they do not consent to the Magistrate Judge jurisdiction for trial.

Respectfully submitted,

/s/ FREDRIC L. YOUNG
FREDRIC L. YOUNG (0059544)
D. ALEXANDER NISWONGER (0104874)
Attorneys for Defendants
Green & Green, Lawyers
800 Performance Place
109 North Main Street
Dayton, Ohio 45402-1290
Tel. 937.224.3333
Fax 937.224.4311
flyoung@green-law.com
daniswonger@green-law.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been filed electronically through the Court's electronic filing system on the time-stamped date. Notice was sent to all parties by operation of the Court's electronic system. Parties may access this filing through said system.

/s/ FREDRIC L. YOUNG
FREDRIC L. YOUNG