**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**SOUTHERN DIVISION AT DAYTON**

Case No. 3:23-cv-00294

GS HOLISTIC, LLC,

Plaintiff,

vs.

M&W Sons Inc., et al.,

Defendants.
_______________________________________ /

**PLAINTIFF'S STATUS REPORT**

Plaintiff, GS Holistic, by and through undersigned counsel, files this Notice of Status and states as follows:

1. Plaintiff has been unable to coordinate or communicate with pro-se Defendant in this matter. No attorney is representing them in this matter.

Respectfully submitted,

EDDY LEAL, P.A.
777 Brickell Avenue, Suite 500
Miami, FL 33131
Phone: 305-979-3900
Email: EL@leallegal.com
E-Service: eservice@leallegal.com

By: /s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030

*Attorney for the Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this May 25, 2026, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF and it was sent electronically to all NEF registered parties.

By: /s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030