THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| GS HOLISTIC, LLC. | CASE NOS. 1:23-cv-627 |
| | 1:23-cv-634 |
| | 1:23-cv-636 |
| Plaintiff, | 1:23-cv-648 |
| | 1:23-cv-708 |
| | 1:23-cv-748 |
| vs. | 1:24-cv-553 |
| | 1:25-cv-163 |
| CRYSTALS UP IN SMOKE INC., | 2:23-cv-3234 |
| d/b/a UP IN SMOKE, *et al.* | 2:23-cv-3578 |
| | 2:23-cv-3601 |
| Defendants. | 2:23-cv-3604 |
| | 2:23-cv-3606 |
| | 2:23-cv-3760 |
| | 2:23-cv-3782 |
| | 2:23-cv-3786 |
| | 2:23-cv-3928 |
| | 3:23-cv-294 |
| | 3:23-cv-307 |
| | 3:23-cv-317 |
| | 3:23-cv-324 |
| | 3:23-cv-325 |
| | 3:23-cv-328 |
| | 3:23-cv-350 |
| | |
| | Judge Walter H. Rice |

---

ORDER EXTENDING DISCOVERY DEADLINE TO JUNE 12, 2026, SOLELY FOR NOTICING AND CONDUCTING DEPOSITIONS; FAILURE BY DEFENDANTS TO PARTICIPATE IN DEPOSITIONS NOTICED BY PLAINTIFF GS HOLISTIC, LLC, WILL RESULT IN SANCTIONS UNDER FED.R.CIV.P. 37 UPON PROPER MOTION BY PLAINTIFF

---

This matter is before the Court in light of Plaintiff GS Holistic, LLC's filings in the above-captioned cases, stating that Defendants in those cases had not disclosed their list of witnesses or responded to requests for dates on which to conduct depositions. In light of these filings, the Court ORDERS the following as to all above-captioned cases:

1. The deadline for completing discovery is extended from June 5, 2026, to June 12, 2026, for the sole purpose of noticing and conducting depositions;

2. Plaintiff shall notice all depositions, including any deposition conducted pursuant to FED.R.CIV.P. 30(b)(6), to be completed on or before June 12, 2026;

3. If Defendants do not appear for the noticed depositions, or do not agree to a time, date, and location different from what is contained in the notice, then Plaintiff shall, no later than June 19, 2026, move for sanctions under FED.R.CIV.P. 37(b)(2)(A)(ii), prohibiting Defendants from contesting the factual matters asserted by Plaintiff either in a dispositive motion or at trial; and

4. If Defendants do not file memoranda *contra* within seven (7) days of Plaintiff's sanctions motions, then the Court may sustain such motions without further notice. Plaintiff may file reply memoranda within seven (7) days of Defendants' filings.

**IT IS SO ORDERED.**

May 26, 2026

Walter H. Rice

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT