**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| **GS HOLISTIC, LLC,** | : | **CASE NO. 3:23-cv-00294** **(District Judge Walter H. Rice)** |
| **Plaintiff,** | : | **(Magistrate Judge Michael R. Merz)** |
| **vs.** | : | |
| **MW & SONS, INC., et al.,** | : | **MOTION FOR RECONSIDERATION OF MAY 26, 2026 ORDER [DOC. #63)** |
| **Defendants.** | : | |

Defendants, MW & Sons, Inc., Mahmoud Wahdan, and Moneer Wahdan, respectfully request that the Court reconsider its Order extending the discovery deadline to June 12, 2026, but primarily focus on the reference to an imposition of sanctions should Defendants fail to participate in depositions. This Order is derived from Plaintiff's Status Report of May 25, 2026 [Doc. #62] in which Plaintiff incorrectly contended that Defendants were unrepresented and had refused to cooperate in establishing deposition dates.

To the contrary, Defendants have been represented and that counsel has been in communication with Plaintiff's counsel to coordinate depositions, and it even provided a proposed date for said depositions despite the fact that no summary of corporate deposition topics had been provided. This error was immediately communicated to Plaintiff's counsel, who filed an Amended Status Report on May 27, 2026 [Doc. # #64], indicating the representation of Defendants and efforts to schedule depositions.

Defendants have been cooperative in discovery and are working with Plaintiff regarding the requested corporate deposition and Defendants' belief that the topics are overbroad. Defendants certainly do not object to the extension ordered by the Court of the discovery deadline

to June 12, 2026, but Defendants did want to make the Court aware that they have cooperative in this process without hesitation.

Respectfully submitted,

/S/ FREDRIC L. YOUNG

Fredric L. Young (0059544)
Carin E. Bigley (0090231)
Green & Green, Lawyers
800 Performance Place
109 North Main Street
Dayton, Ohio 45402-1290
Tel. 937.224.3333
Fax 937.224.4311
flyoung@green-law.com
cebigley@green-law.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing has been filed electronically through the Court's electronic filing system on the date stamped above. Notice was sent to all parties by operation of the Court's electronic system. Parties may access this filing through said system.

/S/ FREDRIC L. YOUNG
FREDRIC L. YOUNG