AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

GS Holistic, LLC.,
*Plaintiff*
v.
M.W. & Sons, Inc., et al
*Defendant*

Civil Action No. 3:23-cv-00294

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* __________ recover from the defendant *(name)* __________ the amount of __________ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* __________ recover costs from the plaintiff *(name)* __________ .

☑ other: Judgment shall enter in favor of Defendants and against Plaintiff GS Holistic, LLC; termination entry.

This action was *(check one)*:

❒ tried by a jury with Judge __________ presiding, and the jury has rendered a verdict.

❒ tried by Judge __________ without a jury and the above decision was reached.

☑ decided by Judge Walter H. Rice on a motion for Summary Judgment

Date: 7/20/2026

*CLERK OF COURT*

Sophia R. Bryant

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF OHIO