IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GS HOLISTIC, LLC :

Plaintiff,

v. :

M&W SONS INC., et al.,

Defendants. :

Case No. 3:23-cv-294

JUDGE WALTER H. RICE

---

ENTRY OVERRULING AS MOOT DEFENDANTS' MOTION FOR ATTORNEY FEES AND SANCTIONS (DOC. #74) WITHOUT PREJUDICE TO REFILING

---

On August 4, 2026, Defendants filed a motion seeking attorney fees and additional sanctions related to this case. Doc. #74. Upon reviewing the contents of the proceedings, this Court has determined that the merits of such a motion should not be decided until the close of proceedings.[1] Therefore, Defendants' motion is OVERRULED AS MOOT without prejudice to refiling at the close of proceedings should Defendants believe such a motion is still justified.

Date: September 11, 2026

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

[1] This case was recently re-activated in a separate Decision.